PROB 12C
(7/93)

Report Date: February 24, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 25, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chad Ricky Gaston                     Case Number: 0980 1:14CR02027-JPH-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ , Yakima, Washington ▇▇▇

Name of Sentencing Judicial Officer:  The Honorable James P. Hutton, U.S. Magistrate Judge

Date of Original Sentence: June 2, 2014

Original Offense:        Theft of Government Funds,  18 U.S.C. § 641

Original Sentence:       Probation - 24 months            Type of Supervision: Probation

Asst. U.S. Attorney:     Shawn N. Anderson                Date Supervision Commenced: June 2, 2014

Defense Attorney:        To be determined                 Date Supervision Expires: June 1, 2016

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #14**: You shall complete 120 hours of community service work, at the rate of not less than 16 hours per month at a not-for-profit site approved in advance by the supervising probation officer.  The hours are to be completed in full no later than May 1, 2015.<br><br>**Supporting Evidence**:<br>Mr. Gaston has not completed any community service hours to date.  Mr. Gaston has been encouraged every month by this officer to start and complete his hours.  However, Mr. Gaston has chosen not to complete his required community service hours. |

Prob12C
Re: Gaston, Chad Ricky
February 24, 2016
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 24, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

M.K. Dimke

Signature of Judicial Officer

2/25/2016

Date